STEVEN S. ALM
United States Attorney
District of Hawaii

LOUIS A. BRACCO
Assistant U.S. Attorneys
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
P.O. Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 26 2001

at __ o'clock and 40 min. A M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL WAYNE SAMFONG, and  (01) ) <br> MAURICE ANTHONY ARRISGADO,     (02) ) <br> ) <br> Defendants. ) <br> ) | CR. NO.  CR01-00155DAE <br><br> INDICTMENT <br><br> [21 U.S.C. § 841(a)(1) <br> and 18 U.S.C. § 2] |

I N D I C T M E N T

COUNT 1

The Grand Jury charges that:

On or about April 18, 2001, in the District of Hawaii, defendants

MICHAEL WAYNE SAMFONG and
MAURICE ANTHONY ARRISGADO

each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute in excess of 50 grams, to wit,

approximately 485 grams, of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

DATED: *April 26*, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Asst. U.S. Attorney

_____
LOUIS A. BRACCO
Assistant U.S. Attorney

2